**DISMISS and Opinion Filed March 30, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00888-CV**
_____

**WAYNEONISE MIMS, Appellant**
**V.**
**JESSIE DWAYNE SARGENT, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05014-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

This is an appeal from a county court's July 11, 2022 dismissal order. The underlying small claims case began in the justice court and was filed in the county court as an appeal from the justice court's judgment. *See* TEX. R. CIV. P. 506.1(a). The deadline for filing an appeal from the justice court to the county court was twenty-one days after the justice court's judgment was signed. *See id*. The appeal, however, was filed more than five months after the deadline.[1]

---

[1]Appellant filed the appeal bond on November 11, 2021. We note the appeal bond states the justice court's judgment was signed on October 18, 2021. The record before this Court reflects the judgement was signed on May 6, 2021. The record does not contain a judgment signed on October 18, 2021.

A county court lacks jurisdiction over an untimely filed appeal from justice court, and our jurisdiction extends no further than the county court's jurisdiction. *Williams v. Schneiber*, 148 S.W.3d 581, 583 (Tex. App.—Fort Worth 2004, no pet.); *Dallas Cty. Appraisal Dist. v. Funds Recovery, Inc.*, 887 S.W.2d 465, 468 (Tex. App.—Dallas 1994, writ denied). Because appellant's appeal of the justice court's judgment to the county court was untimely, we directed appellant to file a letter brief addressing the jurisdictional issue and cautioned him that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c). Appellant did not file a letter brief and the time to do so has passed.

When, as here, the county court lacked jurisdiction due to an untimely appeal, we have jurisdiction only to set aside the judgment and dismiss the cause. *See Funds Recovery, Inc.*, 887 S.W.2d at 468. Accordingly, we vacate the county court's July 11, 2022 order and dismiss the cause.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220888F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WAYNEONISE MIMS, Appellant

No. 05-22-00888-CV     V.

JESSIE DWAYNE SARGENT, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas Trial Court Cause No. CC-21-05014-E.

Opinion delivered by Chief Justice Burns. Justices Pedersen, III and Goldstein participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's July 11, 2022 order and **DISMISS** this cause.

Judgment entered March 30, 2023